UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| VERNON SNYPE, | : | 02 Cr. 939-3 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On December 2, 2020, defendant Vernon Snype, proceeding *pro se*, moved for compassionate release and sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Dkt. Nos. 125, 126. It is hereby ORDERED as follows:

(1) The Government shall respond to the motions by Tuesday, January 19, 2021; the Government may submit one response to both motions; and

(2) If Mr. Snype wishes to submit reply papers, he shall do so by Tuesday, February 2, 2021.

The Clerk of Court is directed to mail a copy of this Order to defendant Vernon Snype at the address listed below and to the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:   New York, New York
         January 12, 2021

          /s/ Denny Chin          
DENNY CHIN
United States Circuit Judge
Sitting by Designation

To:    Vernon Snype
       Reg. No. 42333-054
       F.C.I. Allenwood
       P.O. Box 2000
       White Deer, PA 17887

       Patrick Moroney, Esq.
       United States Attorney's Office, SDNY
       One Saint Andrew's Plaza
       New York, NY 10007