UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

        - against -            :            **ORDER**

VERNON SNYPE,            :            02 Cr. 939-3 (DC)

        Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

    On December 2, 2020, defendant Vernon Snype, proceeding *pro se*, moved for compassionate release and sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018.  Dkt. Nos. 125, 126.

    On January 12, 2021, this court ordered: (1) the Government to respond to the motions by Tuesday, January 19, 2021; and (2) Mr. Snype to submit any reply papers by Tuesday, February 2, 2021.  Dkt. No. 128.

    On January 19, 2021, the Government filed its opposition to Mr. Snype's motions.  Dkt. No. 130.

    On February 3, 2021, Mr. Snype's reply to the Government's opposition was entered into the docket.  Dkt. No. 131.

    On February 16, 2021, Mr. Snype's letter, dated January 26, 2021, requesting an extension of time to February 12, 2021, to file his reply to the Government's opposition, was entered into the docket.  Dkt. No. 132.

    It is hereby ORDERED as follows:

    Mr. Snype's request for an extension of time to file his reply is granted to the extent that his reply, entered into the docket on February 3, 2021, is accepted for filing.  The court will decide the motions on the merits in due course.

The Clerk of Court is directed to mail a copy of this Order to defendant Vernon Snype at the address listed below and to the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:   New York, New York
         February 19, 2021

                 _____/s/ Denny Chin_____
                 DENNY CHIN
                 United States Circuit Judge
                 Sitting by Designation

To:   Vernon Snype
      Reg. No. 42333-054
      F.C.I. Allenwood
      P.O. Box 2000
      White Deer, PA 17887

      Patrick Moroney, Esq.
      United States Attorney's Office, SDNY
      One Saint Andrew's Plaza
      New York, NY 10007

2