UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

      - against -                        :         **ORDER**

VERNON SNYPE,                      :         02 Cr. 939-3 (DC)

      Defendant.                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

      On December 2, 2020, defendant Vernon Snype, proceeding *pro se*, moved for compassionate release and sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Dkt. Nos. 125, 126.

      In a decision entered March 29, 2021, this court denied Mr. Snype's motions. Dkt. No. 136.

      In a letter filed on April 8, 2021, Mr. Snype moved to (1) appeal this court's denial of his motions for compassionate release and sentence reduction, and (2) proceed in forma pauperis. Dkt. No. 137. Mr. Snype also submitted a "Letter in Support of Motion for Reconsideration," docketed April 29, 2021. Dkt. No. 138.

      It is hereby ORDERED as follows:

      Mr. Snype's April 29, 2021 filing is treated as a motion for reconsideration. The arguments he raises in the letter were considered by me in denying his original motion. Accordingly, and for the reasons set forth in my prior decision, the motion for reconsideration is denied.

      Mr. Snype's request to proceed in forma pauperis is granted, and the Clerk of Court shall accept Mr. Snype's April 8, 2021 filing as a notice of appeal.

The Clerk of Court is directed to mail a copy of this Order to defendant Vernon Snype at the address listed below and to the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated: New York, New York
May 3, 2021

　　/s/ Denny Chin　　
DENNY CHIN
United States Circuit Judge
Sitting by Designation

To: Vernon Snype
Reg. No. 42333-054
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

Patrick Moroney, Esq.
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007