UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

           - against -            :            **ORDER**

VERNON SNYPE,            :            02 Cr. 939-3 (DC)

           Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

       On March 27, 2023, defendant Vernon Snype, represented by counsel, moved for compassionate release and sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018.  Dkt. No. 145.

       It is hereby ORDERED as follows:

       (1)     The Government shall respond to the motion by Tuesday, April 18, 2023; and

       (2)     If Mr. Snype wishes to submit reply papers, he shall do so by Tuesday, May 2, 2023.

       SO ORDERED.

Dated:     New York, New York
           March 28, 2023

                                  DENNY CHIN
                                  United States Circuit Judge
                                  Sitting by Designation