The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
Staten Island, NY 10301
Tel. 212-286-0173
Fax 212-286-0495

May 2, 2023

Hon. Denny Chin
Judge of the
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: United States v. Vernon Snype
SDNY Cr. Docket No. 02-939 (DC)

Dear Judge Chin:

I represent Mr. Snype on the instant motion to correct the sentence pursuant to 18 U.S.C. §3582(c)(1)(A). I spoke with Mr. Snype approximately ten days ago. He indicated that he would like me to reply to the government's opposition dated April 18, 2023, and that he would send me a corrlinks message with suggested notes and remarks. Yesterday afternoon Mr. Snype sent me a short corrlinks message indicating that FCI Allenwood, where he is imprisoned, has been on lockdown since April 24 and he has therefore been unable to access the computer to send suggested notes and remarks. So that I can properly present all relevant arguments, including those presented by Mr. Snype, I am requesting a one-week extension of time, until May 9, to file a reply.

Respectfully submitted,

James M. Branden

*Approved.*
*SO ORDERED,*

*USCJ*
*5-2-2023*