UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v- | : | ORDER ON MOTION FOR REDUCTION IN SENTENCE |
| VERNON SNYPE, | : | UNDER 18 U.S.C. §3582(c)(1)(A) |
| Defendant. | : | 02 Cr. 939-3 (DC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

      Upon motion of the defendant Vernon Snype for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted (and if so the amount of the reduction) and for the reasons set forth in the Court's Opinion filed today

      IT IS ORDERED that the motion is GRANTED and

      The defendant's previously imposed sentence of life imprisonment is reduced to time served plus no more than thirty days.

The defendant is to remain in Bureau of Prisons custody until the defendant's residence can be verified or a release plan can be developed. Any such additional custody shall not exceed thirty days unless extended by the Court.

The defendant's term and conditions of supervised release are unchanged.

SO ORDERED.

Dated:   July 19, 2023
         New York, New York

                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation