Probation Form No. 35  
(1/92)

Report and Order Terminating Supervised Release  
Prior to Original Expiration Date

---

**UNITED STATES DISTRICT COURT**  
**for the**  
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.                                                                Docket No. 02-CR-00939-03 (DC)

Vernon Snype

On July 25, 2023, the above-named was placed on Supervised Release for a period of five (5) years. Mr. Snype has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by three (3) years.

Respectfully submitted,

by *Lauren Blackford*
_____
Lauren M. Blackford  
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Vernon Snype be granted a three-year reduction in his Supervised Release term with a new maximum expiration date of July 24, 2025.

Date this __25th__ day of __March__, 20 __25__.

_____
Honorable Denny Chin  
U.S. Circuit Judge